# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05MJ19 |
| | ) | |
| v. | ) | |
| | ) | |
| **GUSTAVO AMBRIZ-SALDANA,** | ) | ORDER |
| **MANUEL LOPEZ-GARCIA, and LUIS** | ) | |
| **MELENA-GARCIA,** | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 14 be stricken from the record for the following reasons:

- Duplicate document of number 1.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 14 from the record.

DATED this 27th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge